# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**HERBERT LEE COLEMAN**  PETITIONER

v.  NO. 2:19-cv-00133 JM

**DEWAYNE HENDRIX**  RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris (Doc. No. 11). No objections have been filed. After a careful review of the recommendation, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Herbert Lee Coleman is dismissed without prejudice. All requested relief is denied, and judgment will be entered for respondent Dewayne Hendrix.

IT IS SO ORDERED this 30th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE