# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**HERBERT LEE COLEMAN**                                                       **PETITIONER**

v.                      NO. 2:19-cv-00133 JM

**DEWAYNE HENDRIX**                                                       **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dewayne Hendrix.

IT IS SO ORDERED this 30th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE